| RECORDING REQUESTED BY | |
|---|---|
| _____ | LODGED |
| WHEN RECORDED, MAIL TO: | |
| CLERK, U.S. DISTRICT COURT<br>255 EAST TEMPLE STREET, STE. TS-134<br>LOS ANGELES, CA 90012 | 2022 JUN 23 PM 1:02 |

| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| **06/23/2022** |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___AP___ DEPUTY |

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

THIS DEED OF TRUST, Made this **10th** day of **June**, **2022**, between **Barbara A. Acuna**, herein called TRUSTOR, whose address is **421 Pyramid Dr. Lake Arrowhead CA. 92352**; **Western Resources Title Company** herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY;

WITNESSETH: That Trustor irrevocably grants, transfers and assigns to trustee in trust, with power of sale, that property in **San Bernardino** County, California, common address **421 Pyramid Dr. Lake Arrowhead CA. 92352**, legally described as:

**Lot 199 of Tract No. 7201, in the city of Lake Arrowhead, county of San Bernardino, State of California, as per map recorded reference 227-04, Census Tract 0109.03 in the office of the county recorder of said County. With Assessor's parcel # 0333-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.**

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the purpose of securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) **Michael Ryan Acuna** in Case No. **5:22-CR-00068-SB1** which includes an obligation by said Trustor(s) surety(ies) in the amount of $ **700,000**.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

RECORDING REQUESTED BY Dveen Moushaghian

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME Clerk U.S. District Court
STREET ADDRESS 255 East Temple Street
CITY, STATE & ZIP CODE Los Angeles, Ca 90012

Recorded in Official Records
San Bernardino County
Bob Dutton
Assessor-Recorder-County Clerk
DOC # 2022-0214775
06/14/2022
01:29 PM
SAN
I5190
Titles: 2   Pages: 6
Fees:           $43.00
Taxes:          $0.00
CA SB2 Fee:     $0.00
Total:          $43.00

SPACE ABOVE FOR RECORDER'S USE ONLY

Short Form Deed of Trust and assignment of Rents
**Title of Document**

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

**Reason for Exemption:**

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

☑ Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____ (date) as document number _____ of Official Records. (Cap. $225.00)

☐ Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

☐ Exempt from fee per GC 27388.1, not related to real property

**Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.**

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
($3.00 Additional Recording Fee Applies)

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to said Trustor at the address hereinbefore set forth.

X _[signature]_____    _Barbara A. Acuna_____
Signature of Trustor                           Print Name of Trustor

X _____    _____
Signature of Trustor                           Print Name of Trustor

State of __California_____   ss.   __Los Angeles_____
                                         County of

On __06/10/2022__ before me, __Rouben Mousheghian, Notary Public__ personally appeared
                               (name, title of officer, i.e., "Jane Doe, Notary Public")

__Barbara A. Acuna_____

proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

X _[signature]_ Rouben Mousheghian
Signature

[Notary Seal:
ROUBEN MOUSHEGHIAN
Notary Public - California
Los Angeles County
Commission # 2265688
My Comm. Expires Nov 3, 2022]

---

**CERTIFICATE OF RECORDATION**
(To be used only by Office of the Clerk.)

This is to certify that the interest in real property conveyed by the deed dated _____
from _____ to CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, a governmental agency, is hereby accepted by order of the Court on _____,
and the grantee consents to recordation thereof by its duly authorized Deputy Clerk(s).

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Date _____    By Deputy _____

**REQUEST FOR FULL RECONVEYANCE**
(To be used only when note has been satisfied)

Date _____ To _____, Trustee.

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance To:                        Clerk, U. S. District Court
                                             Central District of California


                                             _____
                                             Deputy Clerk

*Do not lose or destroy this Deed of Trust or THE NOTE which it secures.*
*Both must be delivered to the Trustee for cancellation before reconveyance will be made.*

CR-5 (05/18)                    SHORT FORM DEED OF TRUST                    Page 2 of 4

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of __Los Angeles__  )

On __06/10/2022__ before me, __Rouben Mousheghian a Notary Public__
        Date                                Here Insert Name and Title of the Officer
personally appeared __Barbara A. Acuna__
                                     Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: ROUBEN MOUSHEGHIAN, Notary Public - California, Los Angeles County, Commission # 2265688, My Comm. Expires Nov 3, 2022]

Signature __Rouben Mousheghian__
                Signature of Notary Public

Place Notary Seal Above

——————————— OPTIONAL ———————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Deed of Trust__   Document Date: __06/10/2022__
Number of Pages: __2__   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Barbara A. Acuna__
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☑ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: __Self__

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907