**DECLARATION OF GINA TENNEN**

1. I, Gina Tennen, am the lead attorney of record for Mr. Michael Acuna.
2. I submit this declaration in response to the Court's January 24, 2023 order regarding the parties' failure to file pretrial documents by January 17, 2023.
3. The Court's Criminal Standing Order requires pretrial documents to be filed fourteen days prior to the pretrial conference. Therefore, pretrial documents in this case were due to the Court by January 17, 2023.
4. After ongoing plea negotiations with ASUA Lee, on December 20, 2022 associated defense counsel Jennifer Wirsching emailed Ms. Lee on behalf of the defense that we would accept the terms of the proposed negotiated plea.
5. It was understood by both parties that the plea would have to be approved by AUSA Lee's supervisor before it could be executed and filed with the Court.
6. I understood/understand that there would not/will not be a trial in this matter.
7. I believe that the January 31, 2023 court date will be converted to a change of plea.
8. I did not file a motion to continue the pretrial conference, nor did I timely seek the Court's permission for the parties to be relieved of their duty to file pretrial documents in accordance with the Court's Criminal Standing Order.
9. The Court did not sua esponte release me from that obligation.
10. I wholeheartedly apologize to the Court and Court staff for my failure to follow the Court's Criminal Standing order.
11. I should have complied with the order, filed a motion for continuance, or otherwise have advised the Court that there would not be a trial in this matter. I take full responsibility for my lack of action – which was in serious error.
12. I will not repeat this serious lapse in judgement in this or any other Court.
13. I have personal knowledge of the facts stated above.

1
2  I declare under penalty of perjury that the foregoing is true and correct.
3
4
5
6
7  January 25, 2023                                          **/S/*Gina Tennen*__**
8                                                            Gina Tennen
                                                             Lead Attorney for Michael Acuna
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28