JENNIFER J. WIRSCHING, SBN 263141
Wirsching@outlook.com
1935 Alpha Rd. Suite 216
Glendale, CA 91208
424-902-9280

Attorney for
**MICHAEL RYAN ACUNA**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRCIT OF CALIFORNIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　**Plaintiff,**<br>　vs<br>**MICHAEL RYAN ACUNA**<br>　　　　**Defendant.** | Case No. 5:22-CR00086-SB<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br>Date: May 9, 2023<br>Time: 8:00AM<br>Judge: Hon. Stanley Blumenfeld Jr. |

　　　Defendant, Mr. Acuna, by and through and by counsel, Jennifer J. Wirsching, submits this sentencing memorandum, respectfully requesting this Honorable Court vary downward by four (-4) levels as is recommended by both parties pursuant to the negotiated plea agreement, and impose a sentence of 188 months of imprisonment. Such a sentence reflects the nature and circumstances of

**DEFENDANT'S SENTENCING MEMORANDUM**
1

the offense, Mr. Acuna's history and characteristics, avoids a "greater than necessary" sentence and ensures a lack of sentencing disparity.

Dated: April 25, 2023                  */s/Jennifer J. Wirsching*

                                                 Attorney for Michael Acuna

## I.

## **<u>DEFENDANT ACUNA'S SENTENCING MEMORANDUM</u>**

The appropriate guidelines calculations, as agreed to by the parties in the negotiated plea agreement are as follows:

| | |
|---|---|
| Base Offense Level: | 32 |
| Age less than 12 years: | +4 |
| Relative: | +2 |
| Repeat Offender | +5 |
| Acceptance of Responsibility: | -3 |
| Total Offense Level: | 40 |

Mr. Acuna agrees with the PSR calculation of his Criminal History points as zero, and that the correct Criminal History Category is this therefore I.

Mr. Acuna's correct guideline range prior to any variance is 292-365. Mr. Acuna respectfully asserts that a downward variance of four (-4) levels be granted as the parties are jointly recommending in the plea agreement. This would result in a sentence of more than 15 years imprisonment – a truly hefty term for a defendant without any prior convictions. A sentence of 188 months would be sufficient, but not greater than necessary, would account for all 18 USC §3553a factors, and would avoid sentencing disparity.

### A.     18 USC § 3553a Factors

**1. Mr. Acuna Has Zero Criminal History Points**

Mr. Acuna has zero criminal history points. Mr. Acuna has never, in his 40 years of life, had any prior law enforcement contact, nor prior arrests, much less any prior convictions. In fact, Mr. Acuna was not arrested following the initial search of his home and belongings in January 2020. He was not charged in this matter until almost two full years later. During that extended period of time he was not on any type of government supervision. While law enforcement clearly was aware of him, he had no further contacts with them; committed no crimes.

It should be noted, that defendants with zero criminal history points are not in the same position as those with one criminal history point. While both find themselves in Criminal History category I, they are not in the same situation, and this has not been taken into account in the guidelines.

Additionally, those with zero criminal history points *and* no prior criminal relevant conduct at all, should be given greater consideration for a downward variance as they are distinguishable from other similarly situated defendants who are in criminal History Category I, but who have either 1 criminal history point, or even "time barred" convictions which do not accrue criminal history points. Granting a downward variance due to a complete lack of prior law enforcement contact and convictions aids in avoiding sentencing disparity, and ensures a sufficient, but not greater than necessary sentence.

## 2. Mr. Acuna Took Immediate Responsibility for His Actions

Mr. Acuna admitted his guilt very early on in this matter. Mr. Acuna's home and belongings were searched and items seized in January 2020. PSR ¶15 Mr. Acuna waived his right to remain silent that day and admitted to the totality of the offense conduct underlying this matter. He did not seek to conceal evidence, nor lie to investigating officers. Following his 2022 arrest, Mr. Acuna immediately

embarked on plea negotiations, which ultimately resulted in the plea accepted by this Honorable Court in January of this year.

Most defendants who accept negotiated plea agreements accept responsibility at some point in their matter. This is the basis for acceptance of responsibility taken into account in the guidelines by USSG §3E1.1. However, under 18 USC §3553a – courts maintain the discretion to take into account the characteristics of the defendant. In this case, Mr. Acuna accepted responsibility for his offenses immediately upon being contacted by law enforcement, even prior to his arrest. Not only does this type of acceptance exceed that necessary for a guidelines points deduction under USSG §3E1.1, it also sets Mr. Acuna apart from the heartland of cases and defendants. Immediate acceptance is a mark of good character which should be taken into account in consideration of a downward variance. Such a downward variance would also avoid sentencing disparity. Those who admit their offenses at the outset, should receive lower sentences than those who do not do so at all, or who wait until the eve of accepting a plea agreement. Granting a downward variance due to immediate acceptance of responsibility aids in avoiding sentencing disparity, and ensures a sufficient, but not greater than necessary sentence.

### 3. Mr. Acuna Immediately Began Treatment

**DEFENDANT'S SENTENCING MEMORANDUM**
5

In another show of his remorseful and accepting character, Mr. Acuna began attending Sex Addicts Anonymous ("SAA") immediately following the search of his home. As can be seen in the attached exhibit – Mr. Acuna began attending SAA <u>two years prior to his arrest</u>. He attended in person in 2020 until the COVID pandemic stopped that option. He then began attending telephonic group meetings multiple times each week.  Mr. Acuna continued his attendance for nearly two years - until his arrest and incarceration in this matter. His initiative illustrates his good character. Despite no arrest and no case for two years, he continued to attend meetings to attempt to gain the help he requires.  As can be seen in the attached exhibit showing the diary of his attended meetings, he was/remains diligent and dedicated to gaining help. He continued with these meetings even though he was also working full time as an essential worker -  respiratory therapist practitioner at St. Bernard's Medical Center during the darkest days of the pandemic. From 2020 to 2022.  PSR ¶100 Those who seek treatment before even being arrested or charged, should receive lower sentences than those who do not do so at all, or who wait after accepting a plea agreement.

### 4. Mr. Acuna Also Sought Spiritual Guidance for His Issues

Following the January 2020 search and seizure, Mr. Acuna resumed regular church attendance with his mother. He attended Church of the Woods in Arrowhead on average of three times per week from January 2020 until his arrest,

and then began again as soon as he was placed on pre-trial release. During this time he was baptized anew and rededicated himself to being an adherent of his faith and the good works and personal changes that requires. Following his remand in this matter, he has resumed his religious study and devotion while incarcerated. Mr. Robert Lopez, a family friend of over 42 years, says that he also attended bible study with Michael since 2020. (*See Character Letter* attached as Exhibit.) Mr. Lopez also states that he knows that Mr. Acuna continues his church work via tablet while incarcerated. Mr. Acuna's genuine and continued dedication to seeking spiritual aid and guidance again illustrates his desire to overcome his issues. These qualities are those of someone for whom a downward variance is appropriate. Those, like Mr. Acuna, who seek to reconnect with their faith in order to work to realign themselves with a wholesome law-abiding life should receive lower sentences than those who do not do so.

### 5. Mr. Acuna is a Dedicated Essential Health Care Worker

Mr. Acuna took the personal responsibility to obtain not just an education, but one which results in helping others and serving the community. Mr. Acuna graduated from Rim of The World High School as a dedicated and honored athlete. He then went to Whittier College where he earned his BA in Business Administration. He later attended Concord Career College and earned his AS in Respiratory Therapy. He qualified as a licensed Respiratory Therapist by the

**DEFENDANT'S SENTENCING MEMORANDUM**
7

National Board off Respiratory Board. He was honored by Concord College to be the commencement speaker at the school's 2020 graduation. The school even featured him in their Alumni Profile materials available to prospective students.

From 2020 until his 2022 arrest in this matter, Mr. Acuna served as an essential medical worker at St. Bernard's Medical Center throughout the pandemic. He was there on the front lines of the pandemic – caused by the COVID virus which is known to have its worst effects on the respiratory system. He risked his life to help people dealing with a frightening and potentially deadly virus. He aided those who were unable to enjoy the comfort of their family and friends due to social distancing. This level of self-sacrifice is yet another positive element of Mr. Acuna's character. His work commitment also shows service to the community. Those, like Mr. Acuna, who put themselves in harm's way to serve others and protect the community from rampant viruses should receive lower sentences than those who do not do so.

## II. CONCULSION

Mr. Acuna accepts responsibility for his actions and understands that his sentence must reflect the seriousness of the offense, promote respect for the law,

**DEFENDANT'S SENTENCING MEMORANDUM**
8

and provide just punishment. 18 USC §3553(a)(2).  For the foregoing reasons, Mr. Acuna respectfully asserts that a sentence of 188 months of imprisonment is sufficient but not greater than necessary.

Dated: April 25, 2023                                              Respectfully Submitted,


                                               */s/Jennifer J. Wirsching*

                                               Jennifer J. Wirsching

                                               Attorney for Defendant

                                               Michael Acuna


**CERTIFICATE OF SERVICE**

**DEFENDANT'S SENTENCING MEMORANDUM**

1  I certify that on April 25, 2023, I caused a copy of this Sentencing
2  Memorandum to be served via EFC to: Sonah Lee Assistant United States
3  Attorney, Central District of California.
4

/s/ *Jennifer J. Wirsching*

1935 Alpha Rd, 216
Glendale, CA 91208
wirschinglaw@outlook.com