E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone:  (951) 276-6924
    Facsimile:  (951) 276-6202
    Email:  sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>MICHAEL RYAN ACUNA,<br>  aka "Steve Stevenson,"<br>  aka "irienights Steve Stevenson,"<br>  aka "Richard Stevens,"<br>    Defendant. | ED CR No. 22-00068-SB<br><br>JOINT STATEMENT REGARDING ATTACHMENT A TO THE UNITED STATES' SENTENCING POSITION AND OBJECTION TO THE PRESENTENCE REPORT |

      Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sonah Lee, and defendant Michael Ryan Acuna ("defendant"), by and through his counsel of record, Gina R. Tennen and Jennifer J. Wirsching, hereby files this joint statement regarding Attachment A to the United States' Sentencing Position and Objection to the Presentence Report, filed at Docket No. 67:

1.  The complaint was filed under seal in this case, and was unsealed on or around February 23, 2023, when defendant first appeared before a judicial officer of the court in which the charges in this case were pending.

2.  Indictment in this case was filed on March 9, 2022.  The Court initially set the trial in this case for May 3, 2022.  The trial was subsequently continued to August 30, 2022, and then to February 14, 2023, with a pretrial conference set for January 31, 2023.

3.  Defendant pleaded guilty to count one of the indictment with a written plea agreement on January 31, 2023.  The sentencing is currently scheduled for May 9, 2023.

4.  The parties filed their respective sentencing positions on April 25, 2023.

5.  Counsel for defendant objected to filing of the complaint and affidavit as Attachment A to the United States' Sentencing Position and Objection to the Presentence Report at Docket No. 67 publicly.

6.  As ordered by the Court, on April 26, 2023, the parties met and conferred as to whether the complaint which is also filed publicly at Docket No. 1 should be sealed because it falls within the scope of the Court's protective order at Docket No. 24, or whether it should remain a public document as a charging document.  The parties agreed to resolve this issue with the United States submitting a revised complaint affidavit,

///

redacting the street address and the phone number of defendant on pages 4, 7, and 8 of the complaint. The parties jointly request that the redacted complaint that will be submitted by the United States replace the unredacted version currently at Docket No. 1 and 67.

Dated: April 26, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

/s/ Sonah Lee
SONAH LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 26, 2023

/s/ via email authorization
GINA R. TENNEN
JENNIFER J. WIRCHING

Attorneys for Defendant
MICHAEL RYAN ACUNA