E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6924
    Facsimile: (951) 276-6202
    Email: sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>MICHAEL RYAN ACUNA,<br>    Defendant. | ED CR No. 22-00068-SB<br><br><u>JOINT STIPULATION TO SUBMIT REDACTED COMPLAINT; EXHIBIT 1; [PROPOSED] ORDER</u> |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sonah Lee, and defendant Michael Ryan Acuna ("defendant"), by and through his counsel of record, Gina R. Tennen and Jennifer J. Wirsching, hereby file this joint stipulation to submit a redacted complaint, which accompanies this stipulation as Exhibit 1, to replace the current unredacted complaint at Docket Nos. 1 and 67-1:

1. The complaint was originally filed under seal in this case, and was later unsealed on or about February 23, 2023, when defendant first appeared before a judicial officer of the court in which the charges in this case were pending.

2. The indictment in this case was filed on March 9, 2022. The Court initially set the trial in this case for May 3, 2022, and later continued the trial to August 30, 2022, and then to February 14, 2023.

3. On January 31, 2023, defendant pled guilty to count one of the indictment under a written plea agreement. The sentencing is currently scheduled for May 9, 2023.

4. The parties were ordered to file their respective sentencing positions by April 25, 2023. The United States filed its Sentencing Position and Objection to the Presentence Report and attached the complaint filed at Docket No. 1 as Attachment A to its sentencing position.

5. Counsel for defendant objected to public filing of the complaint as Attachment A to the United States' Sentencing Position and Objection to the Presentence Report.

6. The parties have agreed to resolve this issue by submitting a revised complaint affidavit, in which the street address and the phone number on pages 4, 7, and 8 of the complaint have been redacted, as the accompanying Exhibit 1.

///
///

7. The parties jointly request that the redacted complaint accompanying this stipulation as Exhibit 1 replace the unredacted version currently at Docket Nos. 1 and 67. IT IS STIPULATED.

Dated: April 27, 2023				Respectfully submitted,

						E. MARTIN ESTRADA
						United States Attorney

						MACK E. JENKINS
						Assistant United States Attorney
						Chief, Criminal Division

						SEAN D. PETERSON
						Assistant United States Attorney
						Chief, Riverside Branch Office

						   */s/ Sonah Lee*
						SONAH LEE
						Assistant United States Attorney

						Attorneys for Plaintiff
						UNITED STATES OF AMERICA


Dated: April 27, 2023				*/s/ via email authorization*
						GINA R. TENNEN
						JENNIFER J. WIRCHING

						Attorneys for Defendant
						MICHAEL RYAN ACUNA